IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. LEYAVA,<br><br>        Plaintiff,<br><br>  vs.<br><br>LT. MORENO, et al,<br><br>        Defendants. | No. C 07-6386 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 2) |

        Plaintiff, currently incarcerated at Pelican Bay State Prison in Crescent City, California, has filed this civil rights action challenging the actions of prison officials at Sacramento State Prison located in Sacramento County. Sacramento County is located within the venue of the United States District Court for the Eastern District of California.

        When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

        Plaintiff complains about conditions of confinement at a prison located in

Sacramento County, within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, the Court will not resolve Petitioner's pending motion (docket no. 2). The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: January 8, 2008

JEFFREY S. WHITE
United States District Judge

|   | UNITED STATES DISTRICT COURT |   |
|---|---|---|
|   | FOR THE |   |
|   | NORTHERN DISTRICT OF CALIFORNIA |   |

JOSEPH M. LEYAVA,

    Plaintiff,

v.

MORENO et al,

    Defendant.

Case Number: CV07-06386 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph M. Leyava
Pelican Bay State Prison
K63575
P.O. Box 7500
Crescent City, CA 95532

Dated: January 8, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk